## Commonwealth *v.* Leach, Appellant.

Before HALBERT, J., without a jury.

Argued December

8, 1975. *David Kanner*, for appellant; *Ian Comisky*, Assistant District Attorney, with him *Martin L. Trichon*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.